UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR TAMPUECO,

Plaintiff,

v.

AMERICAN AIRLINES GROUP, INC.,

Defendant.

Case No. 23-cv-02715-JST

**ORDER DISMISSING CASE**

Defendant American Airlines Group, Inc. removed Plaintiff Edgar Tampueco's original complaint against it on January 6, 2023. *Tampueco v. American Airlines*, No. 23-cv-0081 ("*Tampueco I*"), ECF No. 1. American Airlines moved to dismiss, and Tampueco filed an opposition ten days after the deadline. *See Tampueco I*, ECF No. 13. The Court ordered Tampueco "to show cause as to why sanctions should not be imposed for his failure to file a timely opposition" and advised that "[f]ailure to file a response by [the deadline] will result in dismissal of the complaint under Rule 41(b) of the Federal Rules of Civil Procedure." *Id.* The Court further explained that it would consider Tampueco's late opposition if he filed a timely response to the order to show cause. *Id.* Tampueco did not respond to the Court's order, and the Court dismissed the case without prejudice on February 22, 2023. *Tampueco I*, ECF No. 14.

Tampueco re-filed his complaint in state court on March 9, 2023.[1] ECF No. 1-1 at 2. American Airlines again removed, ECF No. 1, and moved to dismiss the complaint in its entirety, ECF No. 6. After Tampueco failed to file a timely opposition or statement of nonopposition to the motion, the Court ordered him to "file either a written response showing cause as to why a timely

---

[1] The two complaints appear to be identical. *Compare* ECF No. 1-1 at 2–18 *with Tampueco I*, ECF No. 1-1 at 3–19.

opposition was not filed or a statement of nonopposition to the motion."  ECF No. 14.  The Court advised that, "[i]f Plaintiff does not file a timely response to this order to show cause, the Court may dismiss this case for failure to prosecute."  *Id.*  The deadline to respond has passed, and Tampueco has again failed to respond to an order to show cause from this Court.

In light of Tampueco's repeated failure to respond to orders of this Court, this case is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.  This dismissal "operates as an adjudication on the merits."  Fed. R. Civ. P. 41(b).  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  June 30, 2023

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2